**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN YAN LUIS on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PACIFICNORTHWEST NATURALS LLC<br>        Defendant. | Case No. 1:23-CV-10878-PAE-OTW |

## NOTICE OF SETTLEMENT

   The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for forty-five (45) days to allow the parties to finalize settlement details.

Dated: January 22, 2024

                          **The Law Office of Noor A. Saab, Esq.**

                          *By: Noor A. Saab, Esq.*
                          Noor A. Saab, Esq.
                          *Attorneys for Plaintiff*
                          380 N. Broadway, Penthouse West
                          Jericho, New York 11753
                          Tel: 718-740-5060
                          Email: NoorASaabLaw@Gmail.com