**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself　　　　　　Case No: 123-cv-10878-PAE-OTW
and all others similarly situated,

　　　　　　　　　　Plaintiff,　　　　　　**NOTICE OF VOLUNTARY**
　　　　　　　　　　　　　　　　　　　　　**DISMISSAL WITH PREJUDICE**

　　　　　-against-

PACIFICNORTHWEST NATURALS LLC

　　　　　　　　　　Defendant.
-----------------------------------------------------------x

　　　**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:　Jericho, New York
　　　　February 22, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Noor A. Saab, Esq.*
　　　　　　　　　　　　　　　　　　　　　By: Noor A. Saab Esq.
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　**The Law Office of Noor A. Saab, Esq.**
　　　　　　　　　　　　　　　　　　　　　380 North Broadway, Penthouse West Jericho,
　　　　　　　　　　　　　　　　　　　　　New York 11753
　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-5060
　　　　　　　　　　　　　　　　　　　　　Email: noorasaablaw@gmail.com