UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,

Case No: 123-cv-10878-PAE-OTW

Plaintiff,

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

-against-

PACIFICNORTHWEST NATURALS LLC

Defendant.
-------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       February 22, 2024

Respectfully Submitted,

*/s/ Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
**The Law Office of Noor A. Saab, Esq.**
380 North Broadway, Penthouse West Jericho,
New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
February 23, 2024

1